

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00414-CV

EX PARTE D.R.

§ On Appeal from the 362nd District Court

§ of Denton County (19-6118-362)

§ December 19, 2019

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel